No. 1062. EL PUEBLO, APELADO, *v.* OCHART, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao.

No. 1106. El Pueblo, Apelado, *v.* Pérez, Apelante.—Acometimiento y agresión con circunstancias agravantes. Mayagüez. Diciembre 11, 1916. *Confirmadas las sentencias.*